Prob 12A (10/16)
VAE (5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
OCT - 6 2017

U.S.A. vs. Liam Antinori     Docket No. 2:17mj178

### Petition on Probation

COMES NOW FRANK WEAVER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Liam Antinori, who was placed on supervision by the Honorable Robert J. Krask, United States Magistrate Judge, sitting in the Court at Norfolk, Virginia, on the 19th day of July, 2017, who fixed the period of supervision at 12 months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant is prohibited from operating a motor vehicle on a public highway for a period of one year.

2. The defendant is directed to participate in an alcohol education/treatment program as per Probation.

3. Restricted license as directed by probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

RETURNABLE DATE: _Not later than November 20, 2017._ RJK

**ORDER OF COURT**

Considered and ordered this 6th day of Oct., 20 17 and ordered filed and made a part of the records in the above case.

/s/
Robert J. Krask
United States Magistrate Judge

Robert J. Krask
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: _Frank Weaver_

Digitally signed by Franklin Weaver
Date: 2017.10.05 12:40:40 -04'00'

Frank Weaver
U.S. Probation Officer
703-299-2336

Place: Alexandria, Virginia

**TO CLERK'S OFFICE**

/s/
Robert J. Krask
United States Magistrate Judge

RECEIVED

2017 OCT -6 P 5:04

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

**Petition on Probation**
Page 2
RE: ANTINORI, Liam

**Petition on Probation**
Page 2
RE: ANTINORI, Liam

OFFENSE: Driving Under the Influence of Alcohol, in violation of Title 18, U.S.C. §§ 7&13, assimilating Code of Virginia §§ 18.2-266 and 18.2-270.

SENTENCE: On July 19, 2017, the defendant was sentenced to 12 months supervised probation under the aforementioned special conditions. The defendant was further ordered to pay a $250.00 fine and a $25.00 special assessment.

ADJUSTMENT TO SUPERVISION: Mr. Antinori's term of supervised probation commenced on July 19, 2017. Since the inception of supervision the defendant has lived in the Fredericksburg area and has rented a room from a friend. Currently, the defendant is employed as a server at the Lafayette Diner in Fredericksburg, Virginia; however, to date, the defendant has failed to provide employment verification.

The defendant has reported to the probation office as instructed, and has complied with all regular and special conditions of supervision. Currently, the defendant is enrolled in treatment at the Rappahannock Area Alcohol Safety Action Program and collateral contacts with the agency have confirmed the defendant remains in compliance with treatment requirements. The defendant paid his monetary penalties effective July 19, 2017.

VIOLATION: The following violation is submitted for the Court's consideration.

MANDATORY CONDITION:    COMMISSION OF A CRIME – OBTAIN CREDIT CARD NUMBER LARCENY; CONSPIRE/AID/ABET LARCENY GREATER THAN $200; TWO COUNTS OF ENTER/SET IN MOTION VEHICLE.

On September 30, 2017, Liam Antinori was arrested and charged with the above referenced criminal conduct by the Spotsylvania County Sheriff's Department. According to the police report, on September 30, 2017, Deputy Pearce with the Spotsylvania County Sheriff's Department responded to a call regarding individuals breaking into vehicles in a local community. Deputy Pearce was patrolling the neighborhood looking for suspicious activity when he spotted a vehicle parked on the side of the road with three occupants. When he approached the vehicle, Mr. Antinori was sitting in the driver's seat. The undersigned notes a review of the police report did not indicate the deputy observed Mr. Antinori operating the vehicle at any point. Upon investigation, and through interviews with residents, deputies learned the defendant and two other individuals were walking throughout the neighborhood breaking into vehicles and stealing contents of the vehicles. The items taken from the vehicles included, but were not limited to, money and credit cards. Mr. Antinori was taken into custody as a result of the offense.

This matter is scheduled to be heard before the Spotsylvania County General District Court on November 9, 2017. The defendant was released from the custody of the Rappahannock Regional Jail on October 3, 2017.

FJW/smk

Prob 12 (10/09)
VAE (rev. 5/17)